## 67998. BARNABY'S FOOD & SPIRITS et al. v. ROBINSON.

McMurray, Chief Judge.

After plenary consideration of this matter it is not found to satisfy the criteria for granting the discretionary appeal. The order granting the application is therefore vacated and the appeal is accordingly dismissed.

*Appeal dismissed. Deen, P. J., and Sognier, J., concur.*

DECIDED JUNE 18, 1984 —
REHEARING DENIED JULY 16, 1984 —

*Frank J. Klosik, Jr., Suzanne S. Barksdale*, for appellants.
*Thomas W. Woodall*, for appellee.